**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6679**

BRYANT ELLIOTT DAVIDSON,

                    Plaintiff - Appellant,

          v.

STATE OF MARYLAND; DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONAL SERVICES,

                    Defendants - Appellees.


Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William D. Quarles, Jr., District
Judge.  (1:08-cv-00524-WDQ)


Submitted:  February 9, 2010        Decided:  February 25, 2010


Before MOTZ, KING, and DUNCAN, Circuit Judges.


Affirmed by unpublished per curiam opinion.


Bryant Elliott Davidson, Appellant Pro Se. Stephanie Judith Lane
Weber, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore,
Maryland, for Appellees.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryant Elliott Davidson appeals the district court's order granting summary judgment in favor of the Appellees on Davidson's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Davidson v. Maryland</u>, No. 1:08-cv-00524-WDQ (D. Md. Feb. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>